NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MIGUEL LOPEZ, DOC #Y61491,      )
                                )
          Appellant,            )
                                )
v.                              )    Case No. 2D20-247
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____)

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Sean Conway of Sean Conway Law, Fort
Lauderdale, for Appellant.


PER CURIAM.

          Affirmed.


SILBERMAN, SLEET, and ATKINSON, JJ., Concur.